THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD NELSON, Appellant.

Submitted November 29, 1954; decided December 2, 1954.

*Nancy Carley* for motion.

*Edward S. Silver, District Attorney* (*William I. Siegel* of counsel), for respondent.

Motion for enlargement of time granted and case set down for argument during the January, 1955, session of the Court of Appeals. Motion to have appeal heard on available records before the Appellate Division and typewritten briefs granted.